[Cite as *3/21/2003 Case Announcements*, 2003-Ohio-1341.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *March 21, 2003*

### MERIT DECISIONS WITHOUT OPINIONS

**2003–0016. In re Petition of the Office of Disciplinary Counsel for Disclosure of Evidence Presented to the Seneca Cty. Grand Jury in 2001.**
This cause came on for consideration upon the filing of a petition of the Office of Disciplinary Counsel for disclosure of evidence presented to the Seneca County Grand Jury in 2001. Upon consideration thereof,

IT IS ORDERED by this court that the petition be, and hereby is, denied. It is further ordered that this matter be dismissed.

RESNICK, F.E. SWEENEY, PFEIFER and O'CONNOR, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

### MOTION AND PROCEDURAL RULINGS

**2003–0137. State v. Jackson.**
Trumbull C.P. No. 01CR794. This cause is pending before the court as an appeal from the Court of Common Pleas of Trumbull County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to May 5, 2003.

### DISCIPLINARY CASES

**1999–0157. Cincinnati Bar Assn. v. Bailey.**
On January 22, 1999, movant, Cincinnati Bar Association, filed a motion for order to show cause why respondent should not be held in contempt of court for not complying with a subpoena duces tecum. On September 20, 2000, this court found respondent in contempt, sanctioned him in the amount of $500 due 30 days from the date of the order, and ordered respondent to compensate movant for its costs. On June 26, 2001, this court entered judgment in the amount of $375 against respondent and ordered him to reimburse movant within 30 days of the order. On December 18, 2002, movant filed notice that respondent had not complied with the court's June 26, 2001 order. On January 23, 2003, this court ordered respondent to show cause why he should not be found in contempt for failure to comply. Respondent filed a response to the show cause order and a request for oral hearing and jury trial. Accordingly,

IT IS ORDERED by the court, sua sponte, that respondent appear in person before this court on April 16, 2003, at 9:00 a.m. It is further ordered that the request for oral hearing and jury trial be, and hereby is, denied.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).

PFEIFER, J., dissents and would find respondent in contempt.

**2002–2237. Disciplinary Counsel v. Baumgartner.**
Upon consideration of respondent's motion to disqualify all justices of the Supreme Court of Ohio,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

RESNICK and COOK, JJ., not participating.

### MISCELLANEOUS DISMISSALS